UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
**SOUTHERN DIVISION**

In re:                                        In Bankruptcy

**GREGORY & KIMBERLY SCHOP**           *Case No.: 09-55970-PJS*
*Chapter 7*
*Honorable PHILLIP J. SHEFFERLY*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $6.84 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| PYOD, LLC its successors and assigns<br>As assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 3 | $3.90 |
| RUSSELL COLLECTION AGENCY<br>G3285 Van Slyke Road<br>Flint, MI 48507 | 5 | $2.94 |

Dated: November 24, 2010

/s/ BASIL T. SIMON (P26340)___
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com